IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID LE and CHUAN LE, INDIVIDUALLY, and d/b/a IMAGE NAIL & FACIAL | }<br>}<br>} |
| Plaintiff, | } |
| v. | }  CIVIL ACTION NO. H-03-5713 |
| THE CHEESCAKE FACTORY RESTAURANTS, INC., | }<br>} |
| Defendant. | } |

## FINAL SUMMARY JUDGMENT

On this day, September 14, 2005, in the action pending between Plaintiffs, David Le and Chuan Le, individually and d/b/a Image Nail and Facial, and Defendant, The Cheescake Factory Restaurants, Inc., the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed, and the court hereby

**ORDERS** that Plaintiffs take nothing, and that Defendant, The Cheescake Factory Restaurants, Inc., is awarded its costs.

SIGNED at Houston, Texas, this 14th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE