United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**FILED**
March 6, 2007

Charles R. Fulbruge III
Clerk

No. 06-20006

D.C. Docket No. 4:03-CV-5713

DAVID LE, Individually, doing business as Image Nail & Facial; CHUAN LE, Individually, doing business as Image Nail & Facial, Individually

        Plaintiffs - Appellants

United States Courts
Southern District of Texas
FILED

APR 0 3 2007

v.

THE CHEESECAKE FACTORY RESTAURANTS INC

        Defendant - Appellee

Michael N. Milby, Clerk of Court

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before KING, WIENER, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: **MAR 2 8 2007**

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana    MAR 2 8 2007

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 28, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

APR 0 3 2007

Michael N. Milby, Clerk of Court

No. 06-20006 Le v. The Cheesecake Facto
USDC No. 4:03-CV-5713

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

Enclosed for the District Court and counsel is the approved bill of costs.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Imani Arriola, Deputy Clerk
504-310-7807

cc: (letter only)
    Honorable Melinda Harmon
    Mr Dallas Craig Hughes
    Mr Christopher Louis Kurzner

P.S. to Judge Harmon: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1